JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

In re: SCOTT ALLAN NINER

Case No. CV 12-10284-JGB

DANIEL BORSOTTI,

**JUDGMENT DISMISSING APPEAL WITHOUT PREJUDICE**

Plaintiff,

v.

SCOTT ALLAN NINER,

Defendant.

In accordance with the Order filed herewith, the Court DISMISSES the Appeal WITHOUT PREJUDICE. The Court orders that such judgment be entered. The Clerk shall close the file.

Dated: September 30, 2014

JESUS G. BERNAL
United States District Judge